UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GRACIELA DONCOUSE,

                                  Plaintiff,

        -against-                                Civil Action No.: 1:22-cv-591

DISTORTED PEOPLE NORTH AMERICA,
INC. AND 170 SPRING STREET LLC,

                                  Defendants.
-------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Graciela Doncouse, and Defendants Distorted People North America Inc. and 170 Spring Street LLC (collectively "Defendants"), by and through their respective undersigned counsel that the above-captioned action, including all claims and cross-claims, be and is hereby dismissed as against Defendants, in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

THE MARKS LAW FIRM P.C.                 JACKSON LEWIS P.C.
155 East 55th Street                          666 Third Avenue, 29th Floor
New York, NY 10022                      New York, NY 10017
(212) 257-6800                               (212) 545-4000

By: _____          By: _____
     Bradly G. Marks                             Marjorie Kaye, Jr.
                                                        Jennifer S. Kim

Dated:  09/16/2022                          Dated:  9-16-22

ATTORNEYS FOR PLAINTIFF            ATTORNEYS FOR DEFENDANT
                                               170 SPRING STREET LLC

H. ROSKE & ASSOCIATES LLP
Moritz Masberg, Esq.
350 Fifth Avenue, Suite 5220
New York, NY 10118
(212) 584-4230

By: ___/s/ M. Masberg/_____
    Moritz Masberg

Dated: __09/16/2022__

ATTORNEYS FOR DEFENDANT
DISTORTED PEOPLE NORTH AMERICA, INC.

SO ORDERED this __19th__ day of __September__, 2022

_____
J. PAUL OETKEN
United States District Judge